IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KAREN HARTSTEIN,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                    No. 13-cv- 183-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order executed by this Court on March 18, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED** as moot.

**DATED**: March 18, 2013

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:  s/*Sara Jennings*
                                            Deputy Clerk

Digitally signed by David R. Herndon
Date: 2013.03.18 16:46:31 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**